**David KAHN, Bankrupt-Appellant,**

v.

**Alexander SCHAFFER, Objecting Creditor-Appellee.**

**George B. SCHATZ, Bankrupt-Appellant,**

v.

**Alexander SCHAFFER, Objecting Creditor-Appellee.**

**No. 238, Docket 28998.**

United States Court of Appeals Second Circuit.

Argued Dec. 9, 1964.

Decided Dec. 9, 1964.

Edward L. Dubroff, Brooklyn, N. Y., for bankrupt-appellant David Kahn.

Nathanial S. Rudes, Lynbrook, N. Y., for bankrupt-appellant George B. Schatz.

I. Robert Bassin, Jamaica, N. Y., for objecting creditor-appellee.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

The order below is affirmed on the opinion of Judge Rayfiel, reported at 226 F.Supp. 507.